UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-12395-AH(DFMx)** | Date | April 28, 2026 |
|---|---|---|---|
| Title | Kenneth Davidson v. Anthony A. Ortiz et al | | **JS-6** |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

NONE PRESENT          NONE PRESENT

**Proceedings:**          **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [19], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

IT IS SO ORDERED.


cc: all parties

---

00   :   ___

CV-90 (12/02)          **CIVIL MINUTES - GENERAL**          Initials of Deputy Clerk   YS